Charles Ray BOLTON *v.* STATE of Arkansas

CR 00-881                                              25 S.W.3d 412

Supreme Court of Arkansas
Opinion delivered September 7, 2000

*Joseph D. Hughes*, for appellant.

No response.

PER CURIAM. Charles Ray Bolton, by his attorney, has filed a motion for rule on the clerk.

His attorney, Joseph D. Hughes, admits in his motion that the record was tendered late due to a mistake on his part.

We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.